UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: THOMAS EUGENE CREECH
_____

THOMAS EUGENE CREECH,

        Petitioner.

  v.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO, BOISE,

        Respondent.

IDAHO COMMISSION OF PARDONS
AND PAROLE and JAN M BENNETTS,
Ada county Prosecuting Attorney, in her
official capacity,

        Real Parties in Interest.

No. 24-4455

D.C. No.
1:24-cv-00066-AKB
District of Idaho,
Boise

ORDER

Before: FLETCHER, BYBEE, and CHRISTEN, Circuit Judges.

The District Court is invited to answer Mr. Creech's petition for writ of mandamus, if it believes an answer is warranted. The Idaho Commission of Pardons and Parole and Jan M. Bennetts are also each invited to file answering briefs, respectively, as amici curiae, if either party believes an answer is warranted. *See* Fed. R. App. P. 21(b)(4). These answers, if any, shall be no longer than twenty pages or 5,600 words, and shall be submitted no later than Friday, August 9, 2024.