No. 24-4455

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

*In re* THOMAS EUGENE CREECH,
    *Petitioner*,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE,
    *Respondent.*

IDAHO COMMISSION OF PARDONS AND PAROLE and
JAN M. BENNETTS, Ada County Prosecuting Attorney,
in her official capacity,
    *Real Parties in Interest*.

From the United States District Court for the District of Idaho
in Case Number 1:24-CV-00066-AKB, Hon. Amanda K. Brailsford

## IDAHO COMMISSION OF PARDONS AND PAROLE'S
## NOTICE RE: PLAINTIFF'S PETITION FOR WRIT OF MANDAMUS

RAÚL LABRADOR
Attorney General of Idaho

KARIN MAGNELLI
REBECCA STRAUSS
Deputy Attorneys General
Idaho Department of Correction
1299 North Orchard Street, Suite 110
Boise, Idaho 83706; Tel.: 208-658-2095
kmagnell@idoc.idaho.gov
rstrauss@idoc.idaho.gov

Attorneys for Commission
Real Party in Interest

The Idaho Commission of Pardons and Parole ("Commission"), by and through the undersigned counsel, hereby files this Notice. The Ninth Circuit invited the Commission, as a Real Party in Interest, to file an answering brief as amici curiae in response to the Petition for Writ of Mandamus. (Dkt. 5.1.) After reviewing the record, the Commission does not believe an answer is warranted and respectfully declines to file an answering brief.

Dated this 7th day of August, 2024.

/s/ Rebecca Strauss
Rebecca Strauss
*Attorney for Real Party in Interest*
*Commission of Pardons and Parole*

NOTICE - 1

# CERTIFICATE OF SERVICE

I certify that on August 7, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

<u>/s/ Rebecca Strauss</u>
Rebecca Strauss
Deputy Attorney General