**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**DAYTON P. REED**
**HEATHER M. McCARTHY**
**SHERRY A. MORGAN**
Deputy Prosecuting Attorneys
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone:  (208) 287-7700
Facsimile:  (208) 287-7719
Idaho State Bar Nos. 10775, 6404, & 5296
Email:  civilpafiles@adacounty.id.gov

*Attorneys for Ada County Prosecutor Jan M. Bennetts*

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: THOMAS EUGENE CREECH<br><br>THOMAS EUGENE CREECH,<br><br>  Petitioner,<br><br>vs.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE,<br><br>  Respondent.<br><br>IDAHO COMMISSION OF PARDONS AND PAROLE; JAN M. BENNETTS, Ada County Prosecuting Attorney, in her official capacity,<br><br>  Real Parties in Interest. | Ninth Circuit No. 24-4455<br>Case No. 1:24-cv-00066-AKB<br><br>**PROSECUTOR BENNETTS' NOTICE REGARDING INVITATION TO FILE AMICUS BRIEF** |

This Court invited the Idaho Commission of Pardons and Parole and Ada County Prosecutor Jan M. Bennetts to file briefs in response to Petitioner's Petition for a Writ of

PROSECUTOR BENNETTS' NOTICE REGARDING INVITATION TO FILE AMICUS BRIEF – PAGE 1

Mandamus, as amici, "if either party believes an answer is warranted." Dkt. 5.1. Prosecutor Bennetts has considered this invitation in light of the record and believes that no additional briefing is necessary. Therefore, Prosecutor Bennetts respectfully declines the Court's invitation.

**DATED** this 8th day of August, 2024.

                                        **JAN M. BENNETTS**
                                        Ada County Prosecuting Attorney

By:   */s/ Dayton P. Reed*
       Dayton P. Reed
       Deputy Prosecuting Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2024, I filed the foregoing PROSECUTOR BENNETTS' NOTICE REGARDING INVITATION TO FILE AMICUS BRIEF electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

> Christopher Sanchez
> Jonah J. Horwitz
> FEDERAL DEFENDER SERVICES OF IDAHO
>
> Karin Magnelli
> Rebecca Strauss
> OFFICE OF THE ATTORNEY GENERAL OF IDAHO

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated as follows:

> N/A

By: /s/ Chyvonne Tiedemann
Legal Assistant