# In Session Archive

## Governor

Governor's Press Conference - Operation Esto Perpetua: July 21, 2022 [Download MP4](#)

Governor's Press Conference: March 22, 2022 [Download MP4](#)

Governor's Press Conference: March 3, 2022 [Download MP4](#)

Governor's Proclamation for Next Steps Month: October 13, 2021 [Download MP4](#)

Governor's Press Conference - Regarding COVID-19: August 31, 2021 [Download MP4](#)

Governor's Press Conference: April 22, 2021 [Download MP4](#)

Governor's Press Conference: April 16, 2021 [Download MP4](#)

Governor's Press Conference: April 7, 2021 [Download MP4](#)

Governor's Press Conference: March 24, 2021 [Download MP4](#)

Governor's Press Conference: March 18, 2021 [Download MP4](#)

Governor's Press Conference - Regarding COVID-19 Emergency: January 22, 2021 [Download MP4](#)

Governor's Press Conference - COVID-19 Vaccine Update: January 12, 2021 [Download MP4](#)

Governor's Press Conference: November 13, 2020 [Watch on YouTube](#)

Governor's Press Conference: October 26, 2020 [Download MP4](#)

Governor's Press Conference: October 15, 2020 [Download MP4](#)

Governor's Press Conference: October 9, 2020 [Download MP4](#)

Governor's Press Conference: October 1, 2020 [Download MP4](#)

Governor's Press Conference regarding Stage 4 of Idaho Rebounds: September 3, 2020 [Download MP4](#)

Governor's Press Conference regarding Idaho's K-12 Reopening Plan and Stage 4 of Idaho: July 9, 2020 [Download MP4](#)

Governor's Press Conference regarding Post Stage 4: June 25, 2020 [Download MP4](#)

Governor's Press Conference regarding Red Tape Executive Order: June 22, 2020 [Download MP4](#)

Governor Little press conference regarding Stage 4 of Idaho Rebounds: June 11, 2020 [Download MP4](#)

cited in ECF No. 24-4455 around October 17, 2024
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE

Governor Little press conference related to unemployment and Idaho's economy: June 5, 2020 [Download MP4](#)

Governor Little press conference: May 28, 2020 [Download MP4](#)

Governor Little press conference: May 22, 2020 [Download MP4](#)

Governor Little press conference: May 14, 2020 [Download MP4](#)

Governor Little press conference regarding Idaho Rebounds: Stage 1: April 30, 2020 [Download MP4](#)

Governor Little press conference Regarding Economic Recovery in Idaho: April 23, 2020 [Download MP4](#)

Governor Little press conference on Coronavirus: March 23, 2020 [Download MP4](#)

Governor Little press conference on Coronavirus: March 19, 2020 [Download MP4](#)

Governor Little press conference on Coronavirus: March 18, 2020 [Download MP4](#)

Governor Little press conference on Coronavirus: March 13, 2020 [Download MP4](#)

Governor's Proclamation: September 12, 2019 [Download MP4](#)

Press Conference-100 Days of Achievement: April 17, 2019 [Download MP4](#)

Signing of House Bill 12: February 14, 2019 [Download MP4](#)

Press Conference: February 1, 2019 [Download MP4](#)

State of the State Address: January 10, 2022 [Download MP4](#)

Post-State of the State Press Conference: January 10, 2022 [Download MP4](#)

State of the State: January 11, 2021 [Download MP4](#)

Post-State of the State Press Conference: January 11, 2021 [Download MP4](#)

State of the State: January 7, 2019 [Download MP4](#)

Post-State of the State Press Conference: January 7, 2019 [Download MP4](#)

## Idaho Business for Education

## Idaho Day

## Idaho Day of Holocaust Remembrance

## Idaho Department of Lands

October 15, 2024 [Download MP4](#)

September 17, 2024 [Download MP4](#)

Filed in CREECH V. IDAHO, BOISE
UNITED STATES DISTRICT NOT FOR THE DISTRICT OF
Case No. 24-4455 archived October 2024
DISTRIBUTED

August 20, 2024 [Download MP4](#)

July 16, 2024 [Download MP4](#)

June 18, 2024 [Download MP4](#)

May 21, 2024 [Download MP4](#)

April 16, 2024 [Download MP4](#)

December 19, 2023 [Download MP4](#)

November 21, 2023 [Download MP4](#)

October 17, 2023 [Download MP4](#)

September 19, 2023 [Download MP4](#)

September 1, 2023 [Download MP4](#)

August 15, 2023 [Download MP4](#)

July 18, 2023 [Download MP4](#)

June 20, 2023 [Download MP4](#)

May 16, 2023 [Download MP4](#)

April 18, 2023 [Download MP4](#)

December 20, 2022 [Download MP4](#)

November 15, 2022 [Download MP4](#)

October 18, 2022 [Download MP4](#)

September 20, 2022 [Download MP4](#)

August 16, 2022 [Download MP4](#)

July 19, 2022 [Download MP4](#)

June 21, 2022 [Download MP4](#)

April 19, 2022 [Download MP4](#)

March 15, 2022 [Download MP4](#)

February 15, 2022 [Download MP4](#)

January 18, 2022 [Download MP4](#)

November 16, 2021 [Download MP4](#)

October 19, 2021 [Download MP4](#)

cited in FSC only, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE
No. 24-4455 archived October 17, 2024

September 21, 2021 [Download MP4](#)

August 17, 2021 [Download MP4](#)

July 20, 2021 [Download MP4](#)

June 15, 2021 [Download MP4](#)

May 18, 2021 [Download MP4](#)

April 20, 2021 [Download MP4](#)

March 16, 2021 [Download MP4](#)

February 16, 2021 [Download MP4](#)

January 19, 2021 [Download MP4](#)

December 15, 2020 [Download MP4](#)

November 17, 2020 [Download MP4](#)

October 20, 2020 [Download MP4](#)

September 15, 2020 [Download MP4](#)

August 18, 2020 [Download MP4](#)

July 21, 2020 [Download MP4](#)

June 16, 2020 [Download MP4](#)

December 17, 2019 [Download MP4](#)

November 13, 2019 [Download MP4](#)

October 17, 2019 [Download MP4](#)

October 10, 2019 [Download MP4](#)

September 13, 2019 [Download MP4](#)

August 20, 2019 [Download MP4](#)

July 19, 2019 [Download MP4](#)

July 16, 2019 [Download MP4](#)

June 18, 2019 [Download MP4](#)

May 21, 2019 [Download MP4](#)

December 18, 2018 [Download MP4](#)

November 20, 2018 [Download MP4](#)

MARCH v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE
No. 24-4455 archived October 17, 2024
cited in MTD

October 16, 2018 [Download MP4](#)

September 18, 2018 [Download MP4](#)

August 21, 2018 [Download MP4](#)

July 17, 2018 [Download MP4](#)

June 19, 2018 [Download MP4](#)

May 15, 2018 [Download MP4](#)

April 17, 2018 [Download MP4](#)

December 19, 2017 [Download MP4](#)

December 5, 2017 [Download MP4](#)

November 12, 2017 [Download MP4](#)

October 17, 2017 [Download MP4](#)

September 19, 2017 [Download MP4](#)

August 15, 2017 [Download MP4](#)

July 18, 2017 [Download MP4](#)

June 20, 2017 [Download MP4](#)

May 16, 2017 [Download MP4](#)

April 18, 2017 [Download MP4](#)

December 20, 2016 [Download MP4](#)

November 15, 2016 [Download MP4](#)

October 18, 2016 [Download MP4](#)

September 20, 2016 [Download MP4](#)

August 16, 2016 [Download MP4](#)

June 21, 2016 [Download MP4](#)

May 17, 2016 [Download MP4](#)

April 19, 2016 [Download MP4](#)

December 15, 2015 [Download MP4](#)

November 24, 2015 [Download MP4](#)

October 20, 2015 [Download MP4](#)

SPEECH v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE
No. 24-4455 archived October 17, 2024
cited in 12.4

September 15, 2015 [Download MP4](#)

August 18, 2015 [Download MP4](#)

July 21, 2015 [Download MP4](#)

June 16, 2015 [Download MP4](#)

May 19, 2015 [Download MP4](#)

April 21, 2015 [Download MP4](#)

December 15, 2014 [Download MP4](#)

November 18, 2014 [Download MP4](#)

October 28, 2014 [Download MP4](#)

October 2, 2014 [Download MP4](#)

September 16, 2014 [Download MP4](#)

August 14, 2014 [Download MP4](#)

July 15, 2014 [Download MP4](#)

June 17, 2014 [Download MP4](#)

May 22, 2014 [Download MP4](#)

April 14, 2014 [Download MP4](#)

December 17, 2013 [Download MP4](#)

November 19, 2013 [Download MP4](#)

November 12, 2013 [Download MP4](#)

October 15, 2013 [Download MP4](#)

September 17, 2013 [Download MP4](#)

August 29, 2013 [Download MP4](#)

August 20, 2013 [Download MP4](#)

July 16, 2013 [Download MP4](#)

June 18, 2013 [Download MP4](#)

May 21, 2013 [Download MP4](#)

April 16, 2013 [Download MP4](#)

March 21, 2013 [Download MP4](#)

TECH v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE
No. 24-4455 archived October 17, 2024
cited in suit

## Idaho Division of Human Resources

Certified Public Manager Capstone Presentation (May 5, 2023): Download MP4

Certified Public Manager Capstone Presentation (May 4, 2023): Download MP4

DHR Equal Opportunity Training Meeting (November 2, 2022): Download MP4

DHR Workers' Compensation Seminar (September 8, 2022): Download MP4

Certified Public Manager Program Graduation Ceremony (June 23, 2021): Download MP4

DHR Equal Opportunity Training (November 15, 2019): Download MP4

Certified Public Manager meeting (November 9, 2018): Download MP4

DHR Disability Awareness meeting (October 15, 2018): Download MP4

2017 DHR Certified Public Manager Program Graduation Ceremony (December 8, 2017): Download MP4

State Budget Process/ Legislative Protocol (November 16, 2016): Download MP4

Updates to FMLA, FLSA (July 14, 2016): Download MP4

State Employee Retirement Preparation (August 9, 2017): Download MP4

## Idaho Industrial Commission

Industrial Injuries & Opioids December 5, 2017: Download MP4

## Idaho Oil & Gas Conservation Commission

October 2, 2024 Download MP4

May 21, 2024 Download MP4

November 14, 2023 Download MP4

September 14, 2023 Download MP4

June 6, 2023 Download MP4

November 15, 2022 Download MP4

August 16, 2022 Download MP4

May 19, 2022 Download MP4

August 4, 2021 Download MP4

May 25, 2021 Download MP4

October 20, 2020 Download MP4

cited in Idaho v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE
No. 24-4455 archived October 17, 2024

November 13, 2019 [Download MP4](#)

August 29, 2019 [Download MP4](#)

May 29, 2019 [Download MP4](#)

April 23, 2019 [Download MP4](#)

December 20, 2018 [Download MP4](#)

November 28, 2018 [Download MP4](#)

October 10, 2018 [Download MP4](#)

September 12, 2018 [Download MP4](#)

June 13, 2018 [Download MP4](#)

July 19, 2018 [Download MP4](#)

December 7, 2017 [Download MP4](#)

October 11, 2017 [Download MP4](#)

September 21, 2017 [Download MP4](#)

August 17, 2017 [Download MP4](#)

November 17, 2016 [Download MP4](#)

October 20, 2016 [Download MP4](#)

September 15, 2016 [Download MP4](#)

August 23, 2016: [Download MP4](#)

July 21, 2016: [Download MP4](#)

December 17, 2015: [Download MP4](#)

August 26, 2015: [Download MP4](#)

July 15, 2015: [Download MP4](#)

June 10, 2015: [Download MP4](#)

April 23, 2015: [Download MP4](#)

December 3, 2014: [Download MP4](#)

October 21, 2014: [Download MP4](#)

October 10, 2014: [Download MP4](#)

October 1, 2014: [Download MP4](#)

cited in and only, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE
No. 24-4455 archived October 17, 2024

September 4, 2014: [Download MP4](#)

August 5, 2014: [Download MP4](#)

April 15, 2014: [Download MP4](#)

October 4, 2013: [Download MP4](#)

## Idaho Press Club Legislative Preview

January 4, 2024 [Download MP4](#)

January 5, 2023 [Download MP4](#)

January 3, 2020 [Download MP4](#)

January 3, 2019 [Download MP4](#)

January 5, 2018 [Download MP4](#)

January 6, 2017 [Download MP4](#)

January 7, 2016 [Download MP4](#)

January 8, 2015 [Download MP4](#)

January 3, 2014 [Download MP4](#)

January 7, 2013 [Download MP4](#)

## Idaho Secretary of State

## Idaho Soil & Water Conservation Commission

## Idaho State Controller's Office

## Idaho State Department of Education

## Idaho State Tax Commission

## Idaho STEM Action Center

September 24, 2024 [Download MP4](#)

July 10, 2024 [Download MP4](#)

April 10, 2024 [Download MP4](#)

April 19, 2023 [Download MP4](#)

January 6, 2023 [Download MP4](#)

CREECH v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE
No. 24-4455 archived October 17, 2024

October 12, 2022 [Download MP4](#)

July 20, 2022 [Download MP4](#)

April 22, 2022 [Download MP4](#)

January 18, 2022 [Download MP4](#)

October 27, 2021 [Download MP4](#)

July 21, 2021 [Download MP4](#)

April 1, 2021 [Download MP4](#)

January 7, 2021 [Download MP4](#)

October 19, 2020 [Download MP4](#)

July 7, 2020 [Download MP4](#)

August 12, 2019 [Download MP4](#)

May 14, 2019 [Download MP4](#)

March 14, 2019 [Download MP4](#)

January 15, 2019 [Download MP4](#)

October 30, 2018 [Download MP4](#)

May 4, 2018 [Download MP4](#)

January 9, 2018 [Download MP4](#)

December 5, 2017 [Download MP4](#)

August 15, 2017 [Download MP4](#)

May 30, 2017 [Download MP4](#)

December 2, 2016 [Download MP4](#)

October 11, 2016 [Download MP4](#)

August 8, 2016 [Download MP4](#)

May 17, 2016 [Download MP4](#)

March 7, 2016 [Download MP4](#)

January 14, 2016 [Download MP4](#)

December 16, 2015 [Download MP4](#)

October 16, 2015 [Download MP4](#)

MECH v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE
No. 24-4455 archived October 17, 2024
cited in 12.1

September 24, 2015 Download MP4

September 3, 2015 Download MP4

July 22, 2015 Download MP4

## Idaho Supreme Court Proceedings

Investiture of Justice Colleen Zahn, July 14, 2021 Download MP4

Investiture of Judge Amanda K. Brailsford, January 2, 2019 Download MP4

Investiture of Justice Gregory W. Moeller, January 3, 2019 Download MP4

Justice G. Richard Bevan Investiture, September 27, 2017 Download MP4

Supreme Court Memorial Service, March 19, 2015 Download MP4

## Idaho Teacher's Institute

Idaho Teacher's Institute - Nisei Paradox June 14, 2018 Download MP4

## Land, Environment, Natural Resources

## Law, Planning and Wildfire in the Wildland-Urban Interface

cited as CREECH v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE
No. 24-4455 archived October 17, 2024

## Legislative Services

## Leadership in Nuclear Energy (LINE)

January 31, 2024 Download MP4

January 25, 2023 Download MP4

October 12, 2022 Download MP4

February 10, 2022 Download MP4

August 20, 2021 Download MP4

May 12, 2021 Download MP4

January 27, 2021 Download MP4

October 14, 2020 Download MP4

February 6, 2020 Download MP4

January 23, 2019 Download MP4

January 31, 2018 Download MP4

January 17, 2017 [Download MP4](#)

January 16, 2017 [Download MP4](#)

January 7, 2016 [Download MP4](#)

July 15, 2015 [Download MP4](#)

December 11, 2014 [Download MP4](#)

January 21, 2014 [Download MP4](#)

September 26, 2013 [Download MP4](#)

July 24, 2013 [Download MP4](#)

## Lieutenant Governor

Idaho Lt. Governor Press Conference on Vaccine Mandate Issues: July 15, 2021 [Download MP4](#)

## Other Presentations

October 16, 2024 [Download MP4](#)

August 21, 2024 [Download MP4](#)

April 10, 2024 [Download MP4](#)

March 4, 2024 [Download MP4](#)

December 18, 2023 [Download MP4](#)

December 1, 2023 [Download MP4](#)

October 24, 2023 [Download MP4](#)

June 16, 2023 [Download MP4](#)

May 24, 2023 [Download MP4](#)

March 31, 2023 [Download MP4](#)

March 21, 2023 [Download MP4](#)

March 15, 2023 [Download MP4](#)

February 15, 2023 [Download MP4](#)

January 25, 2023 [Download MP4](#)

January 11, 2023 [Download MP4](#)

December 20, 2022 [Download MP4](#)

Filed in CREECH v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE
No. 24-4455 archived October 17, 2024

July 13, 2022 [Download MP4](#)

May 26, 2022 [Download MP4](#)

April 11, 2022 [Download MP4](#)


## University of Idaho

## Your Health Idaho Board

September 13, 2024 [Download MP4](#)

September 6, 2024 [Download MP4](#)

September 5, 2024 [Download MP4](#)

September 4, 2024 [Download MP4](#)

June 21, 2024 [Download MP4](#)

May 30, 2024 [Download MP4](#)

May 29, 2024 [Download MP4](#)

May 29, 2024 [Download MP4](#)

March 15, 2024 [Download MP4](#)

February 22, 2024 [Download MP4](#)

February 20, 2024 [Download MP4](#)

January 26, 2024 [Download MP4](#)

December 15, 2023 [Download MP4](#)

November 30, 2023 [Download MP4](#)

November 29, 2023 [Download MP4](#)

November 28, 2023 [Download MP4](#)

September 15, 2023 [Download MP4](#)

August 31, 2023 [Download MP4](#)

August 28, 2023 [Download MP4](#)

August 23, 2023 [Download MP4](#)

June 16, 2023 [Download MP4](#)

June 6, 2023 [Download MP4](#)

Cited in CREECH V. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE No. 24-4455 archived October 17, 2024

June 1, 2023 [Download MP4](Download MP4)

May 31, 2023 - Pt.2 [Download MP4](Download MP4)

May 31, 2023 [Download MP4](Download MP4)

March 17, 2023 [Download MP4](Download MP4)

March 7, 2023 [Download MP4](Download MP4)

March 6, 2023 [Download MP4](Download MP4)

March 3, 2023 [Download MP4](Download MP4)

December 16, 2022 [Download MP4](Download MP4)

September 1, 2022 [Download MP4](Download MP4)

August 30, 2022 [Download MP4](Download MP4)

August 24, 2022 [Download MP4](Download MP4)

June 17, 2022 [Download MP4](Download MP4)

June 3, 2022 [Download MP4](Download MP4)

June 1, 2022 [Download MP4](Download MP4)

March 18, 2022 [Download MP4](Download MP4)

March 7, 2022 [Download MP4](Download MP4)

PCH v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE
No. 24-4455 archived October 17, 2024
cited in 24-4455

March 3, 2022 [Download MP4](Download MP4)

March 1, 2022 [Download MP4](Download MP4)

December 17, 2021 [Download MP4](Download MP4)

December 7, 2021 [Download MP4](Download MP4)

June 18, 2021 [Download MP4](Download MP4)

March 19, 2021 [Download MP4](Download MP4)

December 18, 2020 [Download MP4](Download MP4)

September 18, 2020 [Download MP4](Download MP4)

June 19, 2020 [Download MP4](Download MP4)

December 13, 2019 [Download MP4](Download MP4)

June 28, 2019 [Download MP4](Download MP4)

March 15, 2019 [Download MP4](Download MP4)

December 14, 2018 [Download MP4](#)

September 21, 2018 [Download MP4](#)

June 15, 2018 [Download MP4](#)

March 16, 2018 [Download MP4](#)

December 15, 2017 [Download MP4](#)

September 15, 2017 [Download MP4](#)

June 16, 2017 [Download MP4](#)

March 17, 2017 [Download MP4](#)

February 16, 2017 [Download MP4](#)

December 16, 2016 [Download MP4](#)

September 20, 2016 [Download MP4](#)

June 24, 2016 [Download MP4](#)

March 25, 2016 [Download MP4](#)

December 17, 2015 [Download MP4](#)

September 18, 2015 [Download MP4](#)

July 17, 2015 [Download MP4](#)

_ECH v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE
No. 24-4455 archived October 17, 2024
cited in 12.4

April 17, 2015 [Download MP4](#)

February 13, 2015 [Download MP4](#)

December 16, 2014 [Download MP4](#)

October 24, 2014 [Download MP4](#)

September 22, 2014 [Download MP4](#)

August 20, 2014 [Download MP4](#)

August 13, 2014 (Marketplace Committee) [Download MP4](#)

July 31, 2014 [Download MP4](#)

July 25, 2014 [Download MP4](#)

June 20, 2014 [Download MP4](#)

May 22, 2014 [Download MP4](#)

April 18, 2014 [Download MP4](#)

April 4, 2014 Download MP4

March 14, 2014 Download MP4

February 21, 2014 Download MP4

February 7, 2014 Download MP4

December 12, 2013 Download MP4

November 19, 2013 Download MP4

November 12, 2013 Download MP4

October 30, 2013 Download MP4

September 16, 2013 Download MP4

August 13, 2013 Download MP4

July 25, 2013 Download MP4

June 27, 2013 Download MP4

June 5, 2013 Download MP4

May 23, 2013 Download MP4

May 9, 2013 Download MP4

April 22, 2013 (morning) Download MP4

April 22, 2013 (afternoon) Download MP4

April 23, 2013 (morning) Download MP4

cited in DisCH v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE
No. 24-4455 archived October 17, 2024

# Justice Brailsford Investiture 010219

0:07

The Court of Appeals of the State of Idaho is now session to discuss the law. Please be seated. Good afternoon. This is the time set for the investiture of Amanda K Brailsford as a Judge of the Idaho Court of Appeals. I would like to recognize Judge Brailsford's family, her husband, Matthew Wild.

0:28

And her children Avery Mitchell and Maddox Wilde, her parents Bill and Aggie Brailsford and her sister Hansy Hanson, as well as Judge Brailford's in laws Carrie and Carole Wilde. I'd also like to recognize friends and other important dignitaries who have taken time from their busy schedules to come and join us here for this important event.

0:56

Today, and if I miss someone, I'll apologize in advance. Governor CL Butch Otter, thank you for being here. Governor. Governor elect Brad Little, state Senator. Chuck Winter, Majority Leader, our Supreme Court, thank you for being here. Chief Justice Burdick, Judge Justice Brody, Justice Bevin and Justice Stegner for our federal court.

1:24

Friends Joseph Meyer, Chief Bankruptcy Judge, Candy Dale, US Magistrate Judge retired at the Supreme Court, Justices Joel Horton, which is new Justice Linda Koppel Trout, and from our own Court of Appeals, Judge Karen Lansing and Judge Sarah Gutierrez, as well as Judge Alan Schwartzman.

1:52

District Judge Tom Watkins and Steve Kenyon, our former clerk, now the Clerk of the United States District Court here in Boise. Jan Bennett, Ada County Prosecuting Attorney Bart Davis, United States Attorney Diane Minnick, Executive Director of the Idaho State Bar Mamoud Sheikh, direct Deputy executive Director of the Idaho State Bar.

2:18

David Cantrell, the Director of the Idaho Judicial Council, Brad Andrews, our Bar Council, Sarah Thomas, Administrative Office of the Courts, as well as Judge Barry Woods from the Administrative Office, and Jim Cook, Executive Director of Idaho Legal Aid. Thank you all for taking time to be here, and again, if I've missed someone, I apologize.

2:45

We'll begin the ceremony today with the Pledge of Allegiance led by Judge Brailsford's sons, Mitchell and Maddox Wilde. Please stand pledge allegiance to the flag of the United States of America and to the Republic for which it stands, one nation under God, indivisible, with liberty and justice for all.

3:15

Thank you. Please be seated. I would now like to introduce Jan Bennett, who will provide opening remarks. Thank you. May it please the court, esteemed members of the judiciary, Governor Otter, members of the Idaho and Federal Bar, Amanda's family and honored guests.

3:41

It is truly an honor and privilege to share in Amanda's celebration today. As I have reflected on what I

would say, the weight of doing justice to Amanda on this monumental occasion has not been far from my mind from the minute she asked me to speak. The fact that I have poured over my words in preparation for these comments demonstrates, maybe even more so than the actual words themselves, the level of respect that I have for Amanda.

4:11

Amanda and I first met when we clerked for the Honorable Thomas G Nelson at the 9th Circuit Court of Appeals, chambered here in Boise. Our paths intersected beginning in 1993 after Amanda graduated summa *** laude from the University of Idaho College of Law and began her clerkship with Judge Nelson. From the very moment that I met Amanda, we shared a camaraderie that is born through hard work and mutual respect.

4:37

I knew Amanda would leave her mark on the legal profession. When she first stepped into Judge Nelson's chambers, she immediately immersed herself in the work, which was no small task. As you can imagine, and appropriately so, Judge Nelson had extremely high standards and expectations, not only for himself but for his law clerks, rather than viewing those expectations as insurmountable or even daunting.

5:03

Amanda relished in the daily challenges and crushing workloads. I was extremely impressed with Amanda's work ethic and a wisdom beyond her years. We shared a sense of gravity and commitment in the work that we were doing. We shared our dedication to giving our very best to Judge Nelson.

5:23

I have vivid memories of Amanda and I spending at times, and those of you who are law clerks know this nearly 24/7 in the chambers, working at a feverish pace in the cycle of 9th Circuit calendars.

5:36

At that time, we did not receive appellate materials electronically, and I recall, like yesterday, the arrival of cases assigned to Judge Nelson for the next calendar. Boxes upon boxes lining the bookshelves, waiting for Amanda and I to delve into the pages and pages of briefs and transcripts. As we worked on our cases, Judge Nelson encouraged us to express our opinions with him and with each other. This process gave me a very unique insight into Amanda's abilities.

6:06

My appreciation for her critical thinking skills quickly grew into a very deep respect as I observed her work. She was a very quick study and she drove into the work with enthusiasm. A laser focus that is unmatched and an attention to detail, as well as tremendous ability to deconstruct and analyze complex issues. Amanda's brilliant intellect, and I don't use the word brilliant very often, but I do hear because it's very fitting.

6:34

Her brilliant intellect is tempered by a common sense approach. Amanda has always been an excellent communicator, articulating her position with poise and eloquence regardless of the audience or the venue. And importantly, she has mastered the art of listening. She's an attentive and understanding listener, which is a quality that served her well in practice and will most certainly serve her well on the bench. You will hear more about Amanda the Lawyer.

7:04

From Mr. Anderson in a few moments, but before I leave the podium, a few words about Amanda. The friend Amanda and I met by circumstance, but we became friends by choice. Amanda is the kind of friend you feel incredibly fortunate to find. They're few and far between. She is a remarkable person, compassionate, empathetic and genuine. When the opportunity arose for she and I to take a break from chambers, which wasn't very often.

7:33

We inevitably and predictably had lunch at the Piper pub. I say inevitable and predictable because it was the only place we ever went for lunch. It was far enough for a break but not too far from Chambers where it seemed we lived and breathed. I recall those lunches with fondness. It is during those times that our relationship as colleagues developed into a friendship. We discussed our lives, our challenges, our hopes, our dreams for the future.

8:00

As we shared our life's experiences, it was clear to me that Amanda's work ethic came much like mine did, with a sense of accomplishment for a job well done after putting in a hard day's work. In the years since our clerkship, I have followed Amanda's career and life with great pride and joy. Pride in a colleague's accomplishments and joy for a very dear friend. We have continued to share lunches not at the Piper Pub.

8:27

And although we may go months and even years without catching up, Amanda is the kind of friend for whom I would drop everything if she needed me and I know she would do the same. She shares in the excitement of successes and is supportive and challenging times. You can't ask for more than that. In addition to our friendship, perhaps Amanda's greatest gift to me has been learning from her, not only as I worked alongside her, but in the years since. There is simply no doubt in my mind.

8:57

That I'm a better advocate for my time working with her and I'm a better person because of her friendship. As Amanda transitions to the bench, I offer a few thoughts to the parties who will soon appear before Amanda. She will be. She will need you to be well prepared because she will be more prepared than anyone else in the courtroom. She will be fair, she will be open minded, and she will be exceptional in her grasp of the facts.

9:26

The law and in her legal analysis. You will need to stay on your toes and be prepared for probing questions. To her colleagues on the bench, you're in for a treat. You will be impressed with how hard working she is and how conscientious she is. You will find it a treat every day to work with her. She will navigate her new role with integrity, a sense of duty, professionalism and yes, of course, hard work to Amanda's family.

9:53

Thank you for sharing her with us in the legal profession and for sharing her with her friends. She is a role model in work and in life. I began my remarks by recalling my prediction that Amanda would leave her mark on the legal profession, and she most certainly has. The very quality she demonstrated in her clerkship are the very same qualities that made her become a successful law partner and will define her legacy on the bench.

10:22

And by the way, I do not use the word legacy lightly. It is well deserved and well earned in this circumstance. It is rare to leave a legacy, but it is extraordinary to have the opportunity to leave too. I have no doubt Amanda will leave a long lasting legacy on the bench, just as she has done in practice, and I could not be more excited for her or more proud of her than I am today as I watch her take the oath which triggers the beginning of her distinguished career as a judge. Thank you.

11:03

Thank you, Miss Bennett. I will now introduce Steven Anderson for his remarks. Thank you. I jumped the gun. You're, you know, I'm sorry about that. Thank you, everyone for being here and it's my pleasure to speak to you all. I will skip the salutations and greetings, but I'll rather than repeat what Jan has said. I didn't want to start by just saying one thing that I'm not really an important person politically speaking.

11:29

So it maybe won't mean much coming for me, but I I thought that I would take the chance since this may be the only time I've been in the presence of his honor, Governor Otter, to congratulate you, Governor, on a very effective and more importantly, an honorable and civil tenure as Idaho's governor and governor, You've made many important decisions, but you've never made a better one than to appoint Amanda Brailsford to the Idaho Court of Appeals.

11:55

And if I might, I'd like to take, I think it'll be about 15 minutes to explain why I say that. Can everyone hear me? All right, it's real honor to speak on this topic because many other people could do it as well or better than I can do it. Many know what I know about Amanda and could say what I am going to say. What distinguishes me, I suppose, is longevity. I've been in private practice now for about 40 years almost, and about 25 of those have been with Amanda.

12:26

And I kind of think of the relationship I've had with Amanda over the years as very much like I imagine her honor Judge Dale had with Rich Hall, who was a extraordinary practitioner, as was Judge Dale, worked really well together over a long a period of time. So Amanda is a long time colleague and a friend of mine, and it's a pleasure to introduce her to the members of her court, her staff, and to any others here who may not know much about her.

12:54

You know, law can be complicated and lawyers tend to be smart and complicated people may be over complicating people. Lawyers are always dealing with the courts and their professional counterparts through rules. There are rules about almost everything and there are rules about rules and then there's this. And I brought this as a as a prop to show and the lawyers in the off in the room will know what I'm talking about this thing here.

13:21

It's called for those non lawyers, a uniform system of citation, unimaginatively referred to by lawyers as the Blue Book and lawyers it contains. Lawyers refer to this because it contains all the complicated rules, again, that were complicated about how lawyers writing briefs are supposed to cite to sources in their brief, like statutes, rules, treatises, case law, and so on.

13:48

So, and this is the honest truth, I just picked this book up and flopped it open to a random page which landed on page 51, and I'll read you one of the rules. This is a rule about capitalization. It says in headings and titles capitalize the initial word, the word immediately following a colon, if any, and all other words except articles, conjunctions of four or fewer letters, and prepositions of four or fewer letters.

14:18

And the entire book is stuff like that. So it's it's not really fun reading, but my first distinct memory of Amanda as a practicing lawyer involved the Blue Book. Now this is about 25 years ago and my firm's appellate department, which had full time appellate lawyer steeped in writing briefs and correctly citing using the Blue Book in those briefs.

14:45

And they had written a brief for the Idaho Supreme Court. As it turned out, I was to argue the case. The brief was done and ready to be filed the next day when it was due. Amanda had never worked on the case, knew nothing about the facts, but she just completed the two year clerkship with Judge Nelson, the Jan mentioned. And so I asked her to handle the simple assignment. I said, would you read through this? Give it a final read. Look for incorrect grammar, you know, typos and the like. Nothing substantive.

15:11

What I got back a couple of hours later was a marked up brief which looked like it had hundreds of Corrections in it. And I said to myself, because it came from the appellate department, I said what? And the authors of the brief, it turned out had not used absolutely correct Blue Book citations in many instances. I mean nothing that anyone would likely catch, you know, a common instead of a period or abbreviation within a parenthesis or an incorrect use of the...

15:40

But Amanda had caught them all. And that evening the appellate department had a big argument with this new young associate who had proofread their brief. And I listened to the argument where she was told that she was being overly technical and her changes would result in repagination, etcetera. Her reaction was to do what I came to recognize as the shrug. She she, she didn't defend, didn't argue back, and she didn't compromise with them. She knew the blue Book cold.

16:11

And I'm sure Jan did as well at that point. So she just shrugged. And one might mistake that gesture for, OK, maybe I'm wrong. Or what difference does it really make? No, that's not what it meant. What it meant, I've learned painfully over the years, was this. I'm absolutely right. You cannot convince me otherwise. But. And here would come the shrug. But even a person as slow as you will eventually figure it out.

16:39

Now, the shrug. The shrug is a very effective argument technique. It both instills insecurity and those who might disagree with Amanda, and provides a a path to resolve the insecurity by simply agreeing that she was right all along. And Amanda knows how to use the shrug sparingly, so it never lost its potency. But the shrug does not work unless you are right. And being right is Amanda's hallmark as a lawyer.

17:08

She achieved that by following her own set of rules, which I have put into a book form. This is Amanda's blue book, and I'd like to present one to you. You see this, Stan, and you'll find out why in just a minute. So this is Amanda's blue book. I didn't make a big you probably can't see it, but it says first edition here.

17:36

So I want to read you the set of rules that she followed in her life as a lawyer. And I witnessed her following it regardless of circumstance. Rule #1 on page #1 says read everything now. Every case is different subject matter, players, judges, documents, sciences, experts.

17:59

The documents can be overwhelming those of your client and those of your opponent. You sometimes have to scratch your way through millions of emails, corporate records, contracts, and bewildering unfamiliar information. There are scientific and professional standards and publications on virtually every subject, from potato nematodes to how you audit a closely held company. And as the case progresses, you not only have to be familiar with all of that information, but you have to be familiar with the information that is generated.

18:28

Thousands of pages more of depositions, of exhibits and memos. How can you read it all, and how can you absorb it all? The truth is, lawyers often don't. It's too much. So they rely upon being facile almost out of necessity. Amanda never relied upon cleverness. She relied upon what the record and the documents and the literature and the witnesses actually said. No matter how long it might take to master it. Rule #2.

18:58

Think of everything. So this is a little bit more difficult to quantify. After all, even if there are 1,000,000 pages of record, you eventually will reach the millionth page. To think of everything is too infinite to be literally possible. No one can think of everything, but you can try, and Amanda always tried. It was a rare experience to hear her say when discussing case strategy or legal arguments to be made. Oh that's a good idea, I never thought of that.

19:27

I, I can't think that she ever said that to me. Actually, more common, at least in my case, was that Amanda would say, yeah, I thought of that a long time ago. I looked into it and it won't work. Although of course you would state it more politely than that rule #3 for Amanda was then talk. So you read everything, you think about everything, and you do that before you speak.

19:57

Lawyers, especially in this state, are generally a pretty great lot. They work hard, they're talented, and they are ethical. But let's face it, they do like to hear themselves talk. How many lawyer meetings have you been in? You lawyers in the audience where there's not an insistence, if not urgency to be heard, to jockey posture one up, be the funniest, the most insightful, or the most determinative of outcome describes most lawyers in most meetings.

20:27

Amanda has always been different.

20:29

She does not spitball, she does not free associate, and she does not throw it up and see what sticks.

20:36

If she hasn't read it all, she's silent.

20:39

If she hasn't already thought it through, she will defer.

20:43

And once you get that reputation, others listen when you do speak.

20:46

In my experience, not only would others listen to Amanda, but almost like an authoritative source, Amanda would be cited later in discussions.

20:54

People would say we talked to Amanda about that and this is what she said we should do.

21:00

Sometimes that would settle the argument.

21:02

Even opposing lawyers paid attention to what Amanda said, and she had a confidence that was born out of both a prodigious memory and profound preparation.

21:12

Next rule, be right.

21:17

Now this is a right is spelled right.

21:20

So this may be a trite play on words, but you can't know Amanda unless you also understand this corollary to the no spitballing rule.

21:28

It is so easy to throw off ideas.

21:30

Incomplete, blurry ideas.

21:33

I am particular and well known for this talent.

21:37
And then to compound it, I usually add incorrectly that I am correct because based upon research I last conducted in the 1980s, there are dozens of cases which support me.

21:49
But it's really only when a person tries to write, and write clearly, that fuzzy thinking is dispatched.

21:55
Amanda is not one of the finest legal writers I have encountered.

21:59
She is, with respect to everybody else I've ever worked with, the finest.

22:03
You will not find in her writing hyperbole, excessive adjectives, skipping contrary authority, logical leaps or miss citation or obfuscation.

22:12
You will find only clarity, simplicity, flow and organization and the best type of persuasion, which is the unavoidable conclusion that she is right.

22:22
Opposing lawyers never really had to scratch their heads trying to understand her arguments.

22:27
They scratched their heads wondering what to do with her destruction of their position.

22:31
More than once I have seen opposing lawyers concede her arguments because there was no way around them.

22:36
Although most young litigating lawyers evolved beyond research and drafting into taking testimony, arguing, client handling, marketing, surprisingly, Amanda never did.

22:46
She can do all those other things, for sure, but I think she never considered getting out of writing as an upward evolution.

22:53
Writing is her highest form of communication, and she retained the right to draft most important briefs from scratch.

22:59
Even as a senior level partner with ultimate client responsibilities, she would often simply close her door and write.

23:06

I won't describe some of her masterpieces and I don't use that word lightly, very much like Jen, but I would have to explain the cases and issues and would be here all day.

23:14

What I will tell you is this, if it is true, what I once heard Chief Justice Burdick say when he was describing his work, It is mainly writing and analyzing through writing.

23:25

If that is the correct description of the job, an appellate lawyer, you are looking at the most qualified person in the room to do that job.

23:35

The next rule, it's only a couple more Act right instead of be right.

23:42

An unacknowledged truth is that the legal system runs on the honor system.

23:47

Discovery of the opposing sides documents in their discovery of your documents is the commonplace activity of litigation, and it is often where the sparks fly.

23:56

As many of the judges here know, I have asked for this and you only gave me that.

24:03

You have asked for too much and I'm not going to provide it.

24:05

Variation on these arguments, sometimes often heated, play out every day.

24:11

Motions to compel improper claims of privilege, arguments over burdens, cost, completeness, relevance are like the air we litigators breathe.

24:21

And the air can get pretty polluted.

24:24

But at base is the obligation, if properly requested, to provide your opponent what has been requested without any unnecessary tricky stuff.

24:32

Lawyers are tricky, though, so there's no end of contemplating how to be tricky or to worry about whether you have been on the receiving end of trickery.

cited in CREECH v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE
No. 24-4455 archived October 17, 2024

24:41
This happens all the time, but the system only works for the lawyers recognize their oaths and obligations as officers of the court.

24:49
So in thinking of my remarks, I thought back on the hundreds and maybe thousands of times in cases that I worked on with Amanda to ask was she ever tricky or slippery?

25:00
Did she ever assert a position in discovery that was unfounded or failed to provide what was fairly requested?

25:07
If she had, I would have omitted this part of her blue book, because Amanda had a remarkable record behind the scenes, so really no one would ever know of being honorable and honest with the process and with her opponents.

25:23
And she developed a method to determine what to do in the rough and tumble of litigation.

25:28
She would ask one question, which I heard her say aloud so many times and I believe was the phraseology of one of her other mentors, Walt Bithell, when she would say, this is too cute.

25:41
And she wasn't describing a puppy.

25:43
She was saying, I don't think this is fair to the other side.

25:47
I could be tricky about it, but that's too cute.

25:50
Honor, honesty and candor.

25:53
Amanda wasn't just right on the law and the record.

25:56
That's only half of what she would do as a lawyer.

25:59
She always acted right.

26:00
Also, the next rule is Act right, Part B.

26:07
So law can be very personal.

26:09
The stakes are often high, the emotions are always high.

26:13
The opposing lawyer can be characterized negatively.

26:16
The opposing party can be seen as the enemy, because winning is everything.

26:20
And today aggressive lawyering is a marketing line for lawyers.

26:24
Relentless, unforgiving attack lawyering.

26:28
Amanda had one remarkable trait which prevented her from becoming, despite the often incredible stakes and attack lawyer.

26:35
This trait was empathy, which remarkably, Jen also mentioned in her remarks.

26:40
Many lawyers shut off empathy to get through it all.

26:44
They can't sympathize with or try to understand the opposing lawyer party that would risk softening the attack.

26:50
Amanda somehow never needed to do that.

26:53
Her approach approach was respect, quietude and giving her best to get the best back in return.

27:01
As I thought back, and just as I thought back and failed to find an instance of her being tricky, I also have thought back over the years to find an instance where Amanda was ever intemperate, raise her voice with the opposition or threaten someone or something.

27:16

Such things have a way of being memorable and I would remember.

27:19

So it's not that I can't think of 1.

27:21

I don't think there ever was one in all those years.

27:24

She certainly got her share of intemperate letters from some of the most aggressive lawyers in the country, even on big and important cases, like when she was defending the entire Idaho potato industry against billions of dollars of antitrust damages from alleged horizontal price fixing.

27:40

She never responded to these big city avaricious lawyers.

27:44

And I mean that with all due respect with with anything other than facts, dates and the record.

27:52

She never counter accused.

27:54

She never wrote angry, and in current highly misguided parlance, she never counterpunched.

28:01

No one ever got Amanda's goat, nor her dignity.

28:04

Maybe someone in this room has seen Amanda angry, Perhaps Matt, but in the high tension world of litigation, I never did.

28:14

I think it was because she could and did empathize, knowing that the opposition had pressures too, that the judge felt pressure and that the opposing party was not entirely to blame, and that you can get more done by diffusing than by exploding.

28:29

The last rule in her book, it is skinny.

28:31

Amanda, you're right, is prevail.

28:34

So the way I'm describing it, it sounds like Amanda is a soft touch attorney, eager to compromise, always wants to get along, and is not motivated by winning.

28:44

Actually, despite her laudable traits of respect and empathy and fairness, Amanda was more like a hardened war veteran when it came to winning her cases blood stained from innumerable battles where she simply would not back down.

28:57

How many lawyers do you know who would be working on the same day that they gave birth to twins?

29:03

Which is a true, which is a true fact.

29:06

But then in that particular case, we were only weeks away from a jury trial in a case where Amanda represented dozens and dozens of different beet, potato and wheat growers whose fields had been damaged by a dangerous herbicide.

29:18

That trial did take place, and she won that case against the chemical company and achieved many millions for those growers, saving many of their farms.

29:27

She's an ultra competitor, and those types are known to brag.

29:30

And then they say it's not bragging if you've done it.

29:34

But since Amanda never brags, never chortles, and never puts down the opposition, it tends to hide her drive to win.

29:42

That word win in a way I think is too not applicable for Amanda because it connotes a scorekeeping mentality and makes the other side the losers.

29:50

The right word for her is prevailing.

29:52

It means that the side that was supposed to achieve a legal outcome has done so, and it means the system worked, not that she has bent the system so she could win.

30:02

It is instead a fight for the right outcome.

30:05
And unless you want to stay all day, I can't and won't give you a description of her many impressive achievements as a trial lawyer.

30:12
I can tell you that her approach and her record has generated a very large group of fans, otherwise known as former clients.

30:19
Several are even here today, and some of her colleagues have flown in today to attend this investiture.

30:26
Amanda earned the loyalty of virtually every Idaho agricultural concern, financial firms of all stripes, technology companies, banks, universities, and just plain people whom she represented in some of the most difficult circumstances.

30:40
When her intention to seek judicial office came out, I happen to know she had to literally turn people away who wanted to write to the Judicial Council or to His honor the governor so as to keep the supporting letters to a manageable number.

30:54
And all these people knew what I am trying to express, that she is the pinnacle.

30:59
Just what you want in the judge.

31:01
My conclusion?

31:02
So excuse me, assume you are a litigant whose case will be decided by an appellate panel of which Amanda is a member.

31:12
In that circumstance, you'll get a judge who reads everything, rule number one, who will not quit until she understands it, rule #2 you'll get someone who graduated number one in her class.

31:23
Or, and I used to say this to some clients as I've introduced her, she would always correct me, say it isn't clear I was number one because I was actually tied with somebody else and I might have been #2 she would always say that for some reason.

31:33
And she'll put that kind of thought and dedication into your important issue.

31:37
You will get empathy for your side and understanding of the stakes and the pressures of your case.

31:42
You will get fairness, respect and understanding just what you want in a judge.

31:48
But if you try to argue something that she knows is not right, you will get the shrug.

31:56
Beware, because that's probably a habit she can't break.

32:01
And for those of you who now will work with Amanda closely as a part of her staff or the court, I can offer you a money back guarantee.

32:07
Amanda will not pretend to be the better than anyone else, but she will give her personal best in intellect, Dr.

32:14
courtesy, support and fairness.

32:17
And that's what I mean by pinnacle.

32:18
Congratulations, your honor.

32:32
Thank you.

32:32
Mr.

32:32
Anderson.

32:33
I would now like to introduce Governor CL Butch Otter, who will administer the oath of office.

32:38
Matthew Wilde, Judge Brailsford's husband, will assist with the Bible.

32:43
Hopefully I can get you this without a shrubs.

32:45
I am Andrew.

32:54
Do solemnly swear that I will support the Constitution of the United States.

32:56
Do solemnly swear that I will support the Constitution of the United States and the Constitution of the State of Idaho and the Constitution, and that I will faithfully discharge the duties for the Idaho Court of Appeals.

33:13
Judge, for the Idaho Court of Appeals judge.

33:18
They're to the best of my ability, to the best of my.

33:20
So help me.

33:22
Congratulations.

33:39
Thank you, Governor Otter Avery Wilde, Judge Brailsford's daughter, will now assist Judge Brailsford with her robe and will escort her to the bench.

34:00
University School Public Service Policy Research.

34:31
It is now our privilege to hear from the guest of honor, Judge Brownsford.

34:36
Good afternoon, everyone.

34:38
I would like to thank each and everyone of you for being here today and for supporting me.

34:43
It means the world to me.

cited in CREECH v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE No. 24-4455 archived October 17, 2024

34:45
Each of you has in some way helped pave my path here.

34:49
You've practiced law with me.

34:50
You've supported me in my practice.

34:53
You've taught my children.

34:54
You've coached my kids.

34:56
You've provided me with a warm heart to relax and reminded me to enjoy the ride when I needed a reminder.

35:03
I am grateful to each and every one of you.

35:06
Thank you Governor Otter for appointing me and for being here today.

35:09
I know you're very busy with many farewells, so I greatly appreciate the time you are spending with me today.

35:16
As many of you know, Governor Otter for the last 12 years has been charged with the responsibility of appointing the midterm vacancies for Idaho Judiciary.

35:25
The selection process requires the Idaho Judicial Council to recommend to Governor Otter as many as 4 meritorious candidates for each vacancy and then the Governor interviews each candidate before making his appointment.

35:40
During his tenure, Governor Otter has appointed an astounding number of judges to the Idaho bench, 44 District Court judges, 5 Court of Appeals judges, 5 Supreme Court judges.

35:52
That means that Governor Otter, during his tenure, has had the unenviable task of interviewing about 200 attorneys looking for a job.

36:03

I was at the back of that herd and I was delighted to have made it through the gate before it closed.

36:09

Meeting Governor Otter was definitely the most delightful part of the process.

36:12

Thank you, Governor Otter, for your dedication and diligent service to the Idaho judiciary.

36:18

Thank you to my dear friend Jan Bennett, your kind words for your kind words and unfailing support.

36:25

Jan and I are kindred spirits.

36:27

At the very same time I was growing up on the ranch in Hagermann, Jan was growing up on the ranch and Chalice on the ranch.

36:35

We both learned the value of hard work.

36:37

We also have both have always had very high expectations for ourselves.

36:42

Jan has vastly exceeded the world's expectations for a young girl growing up in rural Idaho.

36:49

Among her many accomplishments, Jan is the first woman to hold the office of the ADA County Prosecutor.

36:55

She leads an office of 150 lawyers and support staff and the most populated county in Idaho.

37:01

This upcoming year, Jam will be the president of the Idaho Prosecuting Attorneys Association.

37:07

She has received the Professionalism Award from the Idaho State Bar.

37:11

This award goes to the Idaho attorney who has engaged in extraordinary activities in the legal profession and who exhibits legal excellence.

cited in CREECH v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO, BOISE ... was archived October 17, 2024

37:20
The award is the most apropos of Jan, a consummate professional every day, all day, for her entire career.

37:28
I greatly admire Jan, and I know there are many more great things to come for her.

37:34
Thank you, Steve, for your guidance.

37:37
For many years before law school, I knew I wanted to be an attorney, but I didn't know what kind of an attorney.

37:43
I hadn't ruled out anything.

37:45
A business attorney, a tax attorney, bankruptcy attorney.

37:50
One day during my second year of law school, an acquaintance who worked at the Latah County Courthouse said you should come to the courthouse today.

37:57
The best attorneys in the state will be arguing a motion before Judge Bingston.

38:01
Generally, it was very hard for me to get out of my studies chair, but for some reason that day I was moved to go to the courtroom.

38:09
The first attorney began his argument and I was instantly mesmerized.

38:14
I knew nothing about the case, his case, before he began, but by the conclusions of his arguments I was utterly convinced.

38:21
He was articulate, impassioned, very persuasive, and very impressive.

38:27
As the opposing attorney rose to respond, I thought to myself, this poor schlep is lost before I even got out of this chair.

38:36

Little did I know that poor schlep was none other than Steve Anderson.

38:41

Not a schlep at all, but indomitable, unbeatable.

38:45

A little bit magical.

38:47

Moments earlier, I would have never believed an attorney would be more articulate and passioned and persuasive than the first.

38:54

But by the conclusion of Steve's remarks, I was utterly convinced of his case.

38:59

I was also convinced that I wanted to do what those gentlemen did that day.

39:03

I wanted to be a trial attorney.

39:07

A few years later.

39:08

It was my great fortune to begin working with Steve and to have him as my mentor for the last 25 years.

39:14

I'm glad I went to the courthouse that day, otherwise I might have become one of those boring business attorneys.

39:23

Apologies to anybody in the room who fits the description.

39:26

I don't think they could find their way to the courthouse, so I think I'm safe.

39:37

My in laws are here today from Washington.

39:40

Thank you for being here to support me.

39:42

You've always known me as a distracted attorney who is often only been half present at family gatherings.

39:48

The first time I visited your home in Gig Harbor, WA, I was a young associate who'd been with the firm for less than a year.

39:54

When a senior partner tracked me down over the weekend at your home phone number to give me an assignment, I never did learn how he found me there.

40:04

Most recently, while you visit us at the beach in San Diego, I rented office space in the city to handle a board meeting and other proceedings.

40:12

You never complained about my sporadic attendance at family gatherings.

40:16

And I greatly appreciate your support.

40:23

Thank you to my parents for being here today and for all the lessons you taught me on the ranch.

40:28

Perhaps the most important lesson was that of endurance.

40:32

My parents taught my sister, Hansy and me a lot of lessons in endurance.

40:37

The most famous endurance test in our family is the Green Bean story.

40:41

When I was about 5 and Hansy was about 8, my parents drove us deep into the Idaho mountains in a flatbed truck.

40:48

Their purpose was to move a little log cabin.

40:51

Not thinking that would take very long.

40:54

They had no provisions for an overnight stay.

40:57

Once in the mountains, however, it began to ran rain heavily.

41:00

It kept raining for three days, during which time neither the cabin nor the truck could move because of the deep mud.

41:06

There was an old sheep camp wagon nearby, in which Mom discovered several cans of green beans.

41:12

She was utterly delighted.

41:14

For three days we ate nothing but green beans.

41:18

Hansi won't eat green beans today.

41:21

Finally, after the third day, the sun came out, but even then the mud still had to dry and the cabin still had to be moved, and so it was another full day before we got a meal.

41:31

You may be asking yourself, what does eating green beans for three days have to do with practice of law?

41:38

Unfortunately for me, a lot.

41:41

There were many metaphorical green beans, hour after hour of reviewing documents, day after day of depositions, week after week of trial.

41:50

But there were also episodes of literal green beans.

41:53

Not long ago, while traveling to Minnesota for depositions, I was trapped in an airport during an Arctic blast.

41:59

No Judge Husky, not a slushy from the ice machine at the gas station, a weather front from the north bringing heavy snow, high winds and sub zero temperatures.

42:08

For three days I was trapped.

42:10

I had no food, I had no rental car, everything was closed down.

42:14

And for the sake of the practice of law, I ate nothing but bananas from the hotel fruit bowl for three days straight and was just happy that it wasn't green beans.

42:22

And that my family taught me to focus during adversity and that the depositions went well.

42:28

Thank you to my immediate family Matt, for all your love and support and in particular for allowing me to live my life through my epiphanies.

42:37

Often I simply announce a life changing decision without any discussion.

42:41

Most recently I announced I'm going to apply to be an appellate judge.

42:45

So thank you for trusting me that it would work out.

42:49

Thank you to my children, Avery, Mitchell and Maddox.

42:51

You're all amazing people, accomplished athletes and four point students.

42:57

Your diligence and dedication to your own success has allowed me to have a career, but more importantly, it has inspired me.

43:06

In conclusion, I will confess that I have difficulty with my new title.

43:10

People have been calling me Judge even before today and each time I look over my shoulder, where's the judge?

43:16

Some of you have seen it cringe.

43:18

My discomfort with the title reminds me of one of the first conversations I had with Judge Nelson.

43:23

I inquired of him, Shall I call you Judge Nelson or Judge?

43:27

Do you like to be called Judge?

43:30

He responded dryly.

43:31

That's a compound question, Amanda.

43:35

For the non litigators in the room, Judge Nelson went, my question was improper under the rules of evidence.

43:41

Nonetheless, he continued, call me Judge.

43:44

And no, I do not like to be called judge, he explained.

43:48

I'm an appellate judge.

43:50

My charge is to apply the legal precedents to the facts established in the record.

43:54

I apply the same standard in every case, regardless of the identities of the party, regardless of whether the defendant or Mother Teresa or an individual with a lesser reputation for goodness to judge people would be able to allow my prejudices and biases to seep into my thought process, which I have sworn an oath never to do.

44:15

So call me judge, but no, that, that is not what I do.

44:18

I do not judge anyone.

44:20

I am not judgmental, just the opposite.

44:23

So with Judge Nelson's wise explanation in mind, I will continue to adjust to my new title.

44:29

And remember my charge is always to apply the rule of law to the established facts without prejudice or bias.

44:36

I greatly look forward to working with my new team on the Court of Appeals.

44:40

They are all warm, kind people, but also serious and very diligent, and I can already tell it is a great fit to judge.

44:48

Thank you, Judge Brailsford, and we are very excited.

45:05

We're very excited to have you join us.

45:07

On behalf of the Court, I extend our appreciation to the families, dignitaries, and guests for your presence at the ceremony today.

45:15

After the court adjourns, everyone is invited to a reception in honor of Judge Brailsford in the lobby just outside of the courtroom.

45:23

With that, the Court will be in recess.

45:49

Idaho in Session is sponsored by Idaho State Broadcasters Association, Union Pacific Foundation, Boise State University School of Public Service, Idaho Cable Broadband Association, University of Idaho, James A and Louise McClure Center for Public Policy Research, and the Association of Idaho Cities, with additional support from the Idaho Public Television Endowment.